UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CRISTIAN LOPEZ, Individually and on Behalf :
of Others Similarly Situated, :
         Plaintiff, :
v. : **ORDER**
 :
JGR SERVICES INC.; CUETES CORP.; : 22 cv 9155 (VB)
JUAN MARTINEZ, Individually; and :
BEATRIZ VARGAS, Individually, :
         Defendants. :
--------------------------------------------------------------x

2/2/23

    On October 25, 2022, plaintiff commenced the instant action against defendants. (Doc. #1).

    On October 26, 2022, the Clerk of Court issued summonses as to defendants. (Docs. ##7–10).

    On December 2, 2022, plaintiff docketed proofs of service indicating service on JGR Services Inc. and Cuetes Corp., through their authorized agent, the Office of Secretary of State of the State of New York, on November 29, 2022. (Docs. ##11–12). Accordingly, JGR Services Inc. and Cuetes Corp. had until December 20, 2022, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

    On December 28, 2022, plaintiff docketed proofs of service indicating service on Juan Martinez and Beatriz Vargas by affixation to the door at their homes and mailing copies to their homes, on December 8, 2022. (Docs. ##13–14). Accordingly, Martinez and Vargas had until December 29, 2022, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

    To date, defendants have neither appeared in this action nor answered, moved, or otherwise responded to the complaint.

    Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek a certificate of default as to defendants by February 16, 2023, and thereafter to move, by order to

1

show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by March 2, 2023.  **<u>If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders.  Fed. R. Civ. P. 41(b).</u>**

Dated: February 2, 2023
        White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge