UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CRISTIAN LOPEZ,

                Plaintiff,                    **DECISION AND ORDER**

    -against-                                 22-cv-9155 (AEK)

JGR SERVICES INC., *et al.*,

                Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

In accordance with the Court's Decision and Order dated November 27, 2023, *see* ECF No. 38, the parties have filed a revised proposed settlement agreement, as well as both corrected billing records and a fully executed stipulation and order of dismissal with prejudice, *see* ECF No. 39.

The Court has now been able to use the lodestar method to cross check the reasonableness of the proposed award of $10,000 in attorneys' fees. Plaintiff's counsel, an attorney with over 10 years of experience, spent a total of 34.21 hours on this matter; at an hourly rate of $350, this results in a lodestar figure of $11,973.50.[1] ECF No. 36 at 4; ECF No. 39-1. The proposed fee of $10,000 represents approximately 84 percent of the lodestar amount, which is fair and reasonable given the facts and circumstances of this case. *See Gervacio v. ARJ Laundry Servs. Inc.,* No. 17-cv-9632 (AJN), 2019 WL 330631, at *3 (S.D.N.Y. Jan. 25, 2019) ("The true lodestar amount is therefore greater than the fee award contained in the settlement agreement. As a result, the Court does not disturb the calculation of attorneys' fees . . . .").

---

[1] Because the Court finds the requested attorneys' fees to be reasonable, it will not address whether the rate and number of hours expended on this case, as reflected in Plaintiff's counsel's billing records, are themselves reasonable.

Accordingly, for all the reasons stated in ECF No. 38, the Court hereby approves the settlement agreement in this matter as fair and reasonable.

The parties' stipulation and order of dismissal with prejudice has been so-ordered by the Court and will be docketed separately.

The Clerk of Court is respectfully directed to close the case.

Dated: December 11, 2023
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge